RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/1/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JESSE E. THOMAS | * | CIVIL ACTION NO. 04-1942 |
| VERSUS | * | JUDGE RICHARD T. HAIK |
| UNITED STATES OF AMERICA, ET AL | * | MAGISTRATE METHVIN |

**ORDER**

Pending before the Court is the MOTION to DISMISS [Doc.# 23] filed by the United States of America. The Government contends that this court lacks subject matter jurisdiction under the exceptions to the Federal Tort Claims Act.

Plaintiff has clearly set forth a claim for intentional infliction of emotional distress. Under *Truman v. United States*, 26 F.3d 592 (5th Cir. 1994), Plaintiff's claim is not barred by section 2680(h) of the Federal Tort Claims Act. Therefore, this court has subject matter jurisdiction in this case.

Accordingly, it is HEREBY ORDERED that Government's Motion to Dismiss [Doc.# 23] is DENIED.

THUS DONE AND SIGNED at Lafayette, Louisiana, this ___1___ day of March 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA